**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Priscilla Salinas
                          Plaintiff,

v.                                            Case No.: 1:17–cv–01669
                                                             Honorable John Z. Lee

Panda Express, Inc.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 29, 2017:

      MINUTE entry before the Honorable John Z. Lee:Status hearing held on 6/29/17. The parties report that they have agreed to a settlement. This case is dismissed without prejudice. The dismissal shall become with prejudice with each side to bear their own fees and costs on 8/18/17. If necessary the parties may reinstate the case prior to 8/18/17. Civil case terminated.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.